Same case below, 5 A.3d 22.

**No. 11-5590. Bruce M. Moeller, Petitioner v. Kamala D. Harris, Attorney General of California, et al.**

565 U.S. 915, 132 S. Ct. 332, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 5933.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 771.

**No. 11-5595. Rudolph Rossi, Petitioner v. New York.**

565 U.S. 915, 132 S. Ct. 332, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 6112.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 82 App. Div. 3d 911, 918 N.Y.S.2d 359.

**No. 11-5596. Albert Snow, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 332, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 6289.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5598. Terrence Levonne Blount, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 332, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 5772.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5599. Stacy Lamont Berry, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 332, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 5864.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 247.

**No. 11-5600. Whitney Atkinson, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 332, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 5930.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 427 Fed. Appx. 420.

**No. 11-5601. Juan Alcantar-Chagolla, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 333, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 5779.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5602. Seante J. McKnight, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 333, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 6255.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.